ACCEPTED
15-24-00036-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/12/2025 4:57 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-24-00036-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/12/2025 4:57:30 PM
CHRISTOPHER A. PRINE
Clerk

# IN THE FIFTEENTH COURT OF APPEALS
## AUSTIN, TEXAS

**TEXAS COMMISSION ON ENVIRONMENTAL QUALITY and MAX MIDSTREAM, LLC,** *Appellants,*

**v.**

**S. DIANE WILSON, TEXAS CAMPAIGN FOR THE ENVIRONMENT AND SAN ANTONIO BAY ESTUARINE WATERKEEPER,** *Appellees.*

**On Appeal from the 201st Judicial District Court,
Travis County, Texas
Cause No. D-1-GN-22-002153**

**APPELLEES' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE MOTION FOR REHEARING**

Erin Gaines, Bar No. 24093462
**Earthjustice**
845 Texas Avenue, Suite 200
Houston, Texas 77002
Phone: (512) 720-5354
*egaines@earthjustice.org*

*Attorney for Appellees Texas Campaign for
the Environment & San Antonio Bay
Estuarine Waterkeeper*

Ilan Levin, Bar No. 00798328
Karis Adams, Bar No. 24131210
Ethan Siegel, Bar No. 24124647
**Texas RioGrande Legal Aid**
4920 Interstate 35
Austin, Texas 78751-2717
Phone: (512) 619-7287
*ilevin@trla.org*
*karisadams@trla.org*
*esiegel@trla.org*

*Attorneys for Appellee S. Diane
Wilson*

TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:

Appellees S. Diane Wilson, Texas Campaign for the Environment and San Antonio Bay Estuarine Waterkeeper, file this Unopposed Motion for Extension of Time to File a Motion for Rehearing on this Court's Final Judgment in this case issued February 27, 2025, pursuant to Texas Rules of Appellate Procedure 10.5(b) and 49.9.

Appellees' Motion for Rehearing is currently due on **March 14, 2025**. By this Motion for Extension of Time, Appellees request a 15-day extension to file its Motion for Rehearing, making the new deadline to file **March 31, 2025**.

This extension is not sought for the purpose of delay, but to enable counsel to balance other competing case deadlines and to prepare and submit a Motion for Rehearing that is helpful to the Court. This is Appellees' first request for an extension of time to file its Motion.

As set forth in the Certificate of Conference, this Motion for Extension of Time is unopposed.

## Conclusion & Prayer

For the reasons described above, Appellees respectfully request that the Court grant this Motion for a 15-day extension of time, extending the deadline to file Appellees' Motion for Rehearing until **March 31, 2025**.

Respectfully submitted,

*/s/ Erin Gaines*

Erin Gaines, Bar No. 24093462
**Earthjustice**
845 Texas Avenue, Suite 200
Houston, Texas 77002
Phone: (512) 720-5354
*egaines@earthjustice.org*

*Attorney for Appellees Texas Campaign for the Environment & San Antonio Bay Estuarine Waterkeeper*

*/s/ Ilan Levin*

Ilan Levin, Bar No. 00798328
Karis Adams, Bar No. 24131210
Ethan Siegel, Bar No. 24124647
**Texas RioGrande Legal Aid**
4920 Interstate 35
Austin, Texas 78751-2717
Phone: (512) 619-7287
*ilevin@trla.org*
*karisadams@trla.org*
*esiegel@trla.org*

*Attorneys for Appellee S. Diane Wilson*

## CERTIFICATE OF CONFERENCE

Pursuant to Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred with counsel for all parties to this case regarding this Unopposed Motion for Extension of Time to File a Motion for Rehearing, and they have apprised me that their clients do not oppose extending the deadline for this motion.

/s/ Erin Gaines

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March 2025, a true and correct copy of this **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING** was electronically served upon the following counsel of record via the Court's electronic filing system:

Sara J. Ferris
Office of the Attorney General
sara.ferris@oag.texas.gov

Erin K. Snody
Office of the Attorney General
erin.snody@oag.texas.gov

***Attorneys for Appellant, Texas Commission on Environmental Quality***

Derek Seal
McGinnis Lockridge LLP
dseal@mcginnislaw.com

April Lucas
McGinnis Lockridge LLP
alucas@mcginnislaw.com

Jordan Mullins
McGinnis Lockridge LLP
jmullins@mcginnislaw.com

***Attorneys for Appellant, Max Midstream LLC***

_/s/ Erin Gaines_

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Erin Gaines on behalf of Erin Gaines
Bar No. 24093462
egaines@earthjustice.org
Envelope ID: 98393949
Filing Code Description: Motion
Filing Description: Appellees' Unopposed Motion for Extension of Time to File Motion for Rehearing
Status as of 3/12/2025 5:10 PM CST

Associated Case Party: Max Midstream, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Derek  Seal | | dseal@mcginnislaw.com | 3/12/2025 4:57:30 PM | SENT |
| Jordan  Mullins | | jmullins@mcginnislaw.com | 3/12/2025 4:57:30 PM | SENT |
| April Lucas | | alucas@mcginnislaw.com | 3/12/2025 4:57:30 PM | SENT |
| Kim McBride | | kmcbride@mcginnislaw.com | 3/12/2025 4:57:30 PM | SENT |

Associated Case Party: Texas Commission on Environmental Quality

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Annalisa  Guartuche | | annalisa.guartuche@oag.texas.gov | 3/12/2025 4:57:30 PM | SENT |
| Sara Ferris | | sara.ferris@oag.texas.gov | 3/12/2025 4:57:30 PM | SENT |
| David Laurent | | david.laurent@oag.texas.gov | 3/12/2025 4:57:30 PM | SENT |
| Erin Snody | | erin.snody@oag.texas.gov | 3/12/2025 4:57:30 PM | ERROR |

Associated Case Party: San Antonio Bay Estuarine Waterkeeper

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Erin  Gaines | | egaines@earthjustice.org | 3/12/2025 4:57:30 PM | SENT |
| Michelle Carlos | | mcarlos@earthjustice.org | 3/12/2025 4:57:30 PM | SENT |
| Claire Huebler | | chuebler@earthjustice.org | 3/12/2025 4:57:30 PM | SENT |
| Ilan Levin | | ilevin@environmentalintegrity.org | 3/12/2025 4:57:30 PM | SENT |

Case Contacts

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Erin Gaines on behalf of Erin Gaines
Bar No. 24093462
egaines@earthjustice.org
Envelope ID: 98393949
Filing Code Description: Motion
Filing Description: Appellees' Unopposed Motion for Extension of Time to File Motion for Rehearing
Status as of 3/12/2025 5:10 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|---------------------|--------|
| Colton Halter | | colton.halter@oag.texas.gov | 3/12/2025 4:57:30 PM | SENT |
| Debbie Trevino | | debbie.trevino@dinsmore.com | 3/12/2025 4:57:30 PM | SENT |

Associated Case Party: Texas Campaign for the Environment

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|---------------------|--------|
| Erin Gaines | | egaines@earthjustice.org | 3/12/2025 4:57:30 PM | SENT |
| Michelle Carlos | | mcarlos@earthjustice.org | 3/12/2025 4:57:30 PM | SENT |
| Claire Huebler | | chuebler@earthjustice.org | 3/12/2025 4:57:30 PM | SENT |
| Ilan Levin | | ilevin@environmentalintegrity.org | 3/12/2025 4:57:30 PM | SENT |

Associated Case Party: S.DianeWilson

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|---------------------|--------|
| Ethan Siegel | | esiegel@trla.org | 3/12/2025 4:57:30 PM | SENT |
| Karis Adams | | karisadams@trla.org | 3/12/2025 4:57:30 PM | SENT |

Associated Case Party: Calhoun Port Authority

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|---------------------|--------|
| Petrus J.Wassdorf | | pwassdorf@hslawmail.com | 3/12/2025 4:57:30 PM | SENT |
| Michael Woodward | 21979300 | mwoodward@hslawmail.com | 3/12/2025 4:57:30 PM | SENT |
| Barton Hejny | 24082231 | bhejny@hslawmail.com | 3/12/2025 4:57:30 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Erin Gaines on behalf of Erin Gaines
Bar No. 24093462
egaines@earthjustice.org
Envelope ID: 98393949
Filing Code Description: Motion
Filing Description: Appellees' Unopposed Motion for Extension of Time to File Motion for Rehearing
Status as of 3/12/2025 5:10 PM CST

Associated Case Party: Calhoun Port Authority

| Barton Hejny | 24082231 | bhejny@hslawmail.com | 3/12/2025 4:57:30 PM | SENT |
|---|---|---|---|---|
| Alan Sanders | | alan.sanders@dinsmore.com | 3/12/2025 4:57:30 PM | SENT |

Associated Case Party: Texas Oil & Gas Association

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Samia Broadaway | 24088322 | samia.broadaway@bakerbotts.com | 3/12/2025 4:57:30 PM | SENT |
| Beau Carter | | beau.carter@bakerbotts.com | 3/12/2025 4:57:30 PM | SENT |